**No. 09-10285. Wilfredo Collado, Petitioner v. Florida.**

561 U.S. 1013, 130 S. Ct. 3472, 177 L. Ed. 2d 1068, 2010 U.S. LEXIS 5069, ▪

June 21, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Fifth District, denied.

Same case below, 19 So. 3d 995.